■ In the Matter of RALPH CASO, a Resident Taxpayer of Nassau County, and All Others Similarly Situated, Respondent, v COUNTY OF NASSAU et al., Appellants, et al., Defendants.—Order of the Supreme Court, Nassau County, entered April 6, 1979, affirmed insofar as appealed from, without costs or disbursements. No opinion. Appellants' time to answer the amended complaint is extended until 20 days after service upon them of a copy of the order to be made hereon, together with notice of entry thereof. Lazer, J. P., Mangano, Rabin and Margett, JJ., concur.